JAMES B. SWING, as Trustee for the Creditors of THE UNION MUTUAL FIRE INSURANCE COMPANY OF CINCINNATI, Appellant, *v.* GEORGE A. DAYTON, Respondent.

*Swing* v. *Dayton*, 124 App. Div. 58, affirmed.
(Argued June 10, 1909; decided October 5, 1909.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered January 22, 1908, affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court on trial at Special Term in an action to recover an assessment

against the defendant as a policyholder in an insolvent fire insurance company.

*E. G. Herendeen* and *Patterson A. Reece* for appellant.

*H. H. Rockwell* for respondent.

Judgment affirmed, with costs, on opinion below.

Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, HAIGHT, VANN, WILLARD BARTLETT and CHASE, JJ.